**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREA MCLEE, on behalf of herself and all others similarly situated, <br><br>      Plaintiffs, <br><br> v. <br><br> UNIGO LLC, <br><br>      Defendants. | Case No.: <br><br> Judge: <br><br> Removed from Court of Common Pleas, Montgomery County, Pennsylvania Court Case No. 2024-22254-0 <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |

PLEASE TAKE NOTICE Defendant Unigo LLC ("Defendant"), pursuant to Fed. R. Civ. 28 U.S.C. §§1441–1453, hereby submits this Notice of Removal, requesting removal of the Court of Common Pleas of Montgomery County, Pennsylvania action described below to the United States District Court for the Eastern District of Pennsylvania. In support of the removal of this action, Defendant states as follows:

1.     On or about September 20, 2024, Plaintiff Andrea McLee, on behalf of herself and all others similarly situated, hereinafter referred to as "Plaintiff", filed suit against Defendant Unigo LLC in the Court of Common Pleas, Montgomery County, Pennsylvania, captioned Andrea McLee, on behalf of herself and all others similarly situated, v. Unigo LLC, Civil Action No. 2024-22254-0 (hereinafter referred to as the "State Court Action").

2.     To date, the only documents filed in the State Court Action are the Complaint with Jury Demand, Returns of Service, and a Stipulated Leave to Plead. Pursuant to 28 U.S.C. §§1441–1453, a copy of all process, pleadings, orders, and other filings either served upon this Defendant or listed on the docket in the State Court Action, other than the Notice of Removal, are attached as Exhibit A. The Notice of Removal filed in the State Court Action is attached as Exhibit "B".

3.    Defendant Unigo LLC was served on September 24, 2024.  *See* Exhibit "A", Certificate of Service in documents filed in the State Court Action.  *See also* Exhibit "C", Declaration of John Hall, Secretary of Unigo LLC, at para 7.

4.    In accordance with the provisions of 28 U.S.C. §§1441–1453, this Notice of Removal to the United States District Court is timely filed within thirty (30) days of Defendant Unigo LLC's receipt of the initial pleading.

5.    Pursuant to 28 U.S.C. §§1441–1453(a), venue of this action exists in this District Court because the Court of Common Pleas, Montgomery County, Pennsylvania, is located within the United States District Court for the Eastern District of Pennsylvania.

6.    Plaintiff Andrea McLee is a resident or citizen of the County of Montgomery and the State of Pennsylvania pursuant to 28 U.S.C. §§1441–1453.  *See* Exhibit "A", Plaintiff's Complaint, at para. 12.

7.    Defendant Unigo LLC is a Wyoming limited liability company.  *See* Exhibit "A", Plaintiff's Complaint, at para. 12.

8.    Unigo LLC is owned by only 2 members, both of whom are individuals.  *See* Exhibit "C", Declaration of John Hall, Secretary of Unigo LLC, at para. 3.

9.    The individual members who own Unigo LLC reside in and are domiciled in San Ramon, California.  *See* Exhibit "C", Declaration of John Hall, Secretary of Unigo LLC, at para. 3.  Thus, both members of Unigo LLC are citizens of the State of California.  *Id.*  Accordingly, Unigo LLC is a citizen of the State of California.  *Id.*

10.    No members of Unigo, LLC reside in, are domiciled in, or are citizens of the Commonwealth of Pennsylvania.  *See* Exhibit "C", Declaration of John Hall, Secretary of Unigo LLC, at para. 4.

11.     Complete diversity of citizenship exists between the Plaintiff and all members of Unigo, LLC.  *See* Exhibit "C", Declaration of John Hall, Secretary of Unigo LLC, at para 5.

12.     The Plaintiff alleges Defendant was in violation of the WESCA, 18 Pa. Cons. Stat. §§ 5701, et seq.  *See* Exhibit "A", Plaintiff's Complaint, at Count I.

13.     Plaintiff's Complaint "seeks to represent a class of all Pennsylvania residents who entered information into the [Defendant's] website while in Pennsylvania during the statute of limitations period."  *See* Exhibit "A", Plaintiff's Complaint, at para. 68.

14.     Since Unigo LLC's August 21, 2023, acquisition of the Unigo.com website referred to in Plaintiff's Complaint, approximately 35,000 unique users from Pennsylvania entered information into the Defendant's Unigo.com website.  *See* Exhibit "C", Declaration of John Hall, Secretary of Unigo LLC, at para. 6.  In addition, more than 3,500 users have been active and entered information into the Defendant's Unigo.com website in the past six months.  *Id.*

15.     Plaintiff's Complaint seeks damages for herself and "each Class Member" of "not less than liquidated damages computed at the rate of $100/day or $1,000 for each violation, whichever is higher", along with punitive damages.  *See* Exhibit "A", Complaint, at para. 87.

16.     Based on Plaintiff's allegations, each Class Member is entitled to a minimum of $1,000.00 (One thousand dollars and zero cents).  *Id.*

17.     With more than 35,000 potential Class Members, as defined by Plaintiff, although such issues will be disputed, and given the minimum amount of alleged damages for each Class Member, the amount in controversy in this matter exceeds $75,000.00.

18.     This action is therefore one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. §§1441–1453, in that the Plaintiff is a citizen / resident of different state than the

Defendant (and Plaintiff is a citizen / resident of a different state than any of the members of the Defendant) and the amount in controversy in this matter is in excess of $75,000.00.

19.    As required, Defendant has given written notice of the filing of this Notice of Removal to counsel of record for Plaintiff.

20.    Defendant is contemporaneously filing a Notice of Removal to Federal Court with the Clerk for the Court of Common Pleas of Montogomery County, Pennsylvania, Case No. 2024-22254-0, which is contemporaneously being served on counsel for record for the Plaintiff.    *See* Exhibit "B".

WHEREFORE, Defendant respectfully request this matter be placed on the docket of this Court and further respectfully requests that the Court of Common Pleas of Montgomery County, Pennsylvania be enjoined from further proceedings in this matter.

Respectfully submitted,


/s/ *Daniel A. Leister*

Daniel A. Leister (315495)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
216.344.9422/Fax:  216.344.9421
Dan.Leister@lewisbrisbois.com
*Counsel for Unigo, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of October, 2024, a true and correct copy of the foregoing

was sent via electronic mail and via ordinary mail to the following:


Mark C. Atlee
ATLEE HALL, LLP
415 North Duke Street
Lancaster, PA 17602
mcatlee@atleehall.com
*Counsel for Plaintiff*

*and*

Yitzchak Kopel (Pro hac forthcoming)
Max. S. Roberts (Pro hac forthcoming)
BURSOR & FISHER, PA
1330 Avenue of the Americas, 32nd floor
New York, NY 10019
Tel. 646.837.7150
Fax. 212.989.9163
ykopel@bursor.com
mroberts@bursor.com
*Counsel for Plaintiff*


*/s/ Daniel A. Leister*_____
Daniel A. Leister, Esq.
Lewis Brisbois Bisgaard & Smith, LLP