**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREA MCLEE, on behalf of herself and all others similarly situated, | Case No. 2:24-CV-05702 |
| Plaintiff, | |
| v. | Hon. John F. Murphy |
| UNIGO, LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andrea McLee hereby dismisses her claims against Defendant Unigo, LLC, without prejudice. The parties shall bear their own costs and fees.

Respectfully submitted,

Dated: 9/10/25

ATLEE HALL, LLP

By: *Mark Atlee*

Mark C. Atlee, Esquire
PA No. 204627
mcatlee@atleehall.com
ATLEE HALL, LLP
415 North Duke Street
Lancaster, PA 17602
(717) 393-9596

BURSOR & FISHER, P.A.
Yitzchak Kopel (*pro hac vice* forthcoming)
Max S. Roberts (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: ykopel@bursor.com
        mroberts@bursor.com

*Attorneys for Plaintiff*

# **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Atlee Hall, LLP

Signature: *Mark Atlee*

Name: Mark C. Atlee, Esquire
Attorney No. 204627

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused a true and correct copy of the foregoing

document, to be served upon the following via electronic mail:


Daniel Leister, Esquire
Thomas P. Mannion, Esquire
Lewis Brisbois Bisgaard & Smith LLP
1375 E. 9th Street, Ste. 2250
Cleveland, OH 44114
Dan.leister@lewisbrisbois.com
Tom.Mannion@lewisbrisbois.com
**Counsel for Defendant Unigo LLC**


Dated: 9/10/25                    ATLEE HALL, LLP


By:  *Mark Atlee*

Mark C. Atlee, Esquire
Attorney for Plaintiff
415 North Duke Street
Lancaster, PA 17602
mcatlee@atleehall.com
(717) 393-9596
PA ID 204627